IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RUEBEN REED | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv537 |
| DANIEL JETT | § | |

MEMORANDUM OPINION AND ORDER

Plaintiff Rueben Reed, an inmate at the Estelle Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Daniel Jett.  Plaintiff alleges the defendant used excessive force against him while he was incarcerated at the Michael Unit.

Discussion

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose.  Under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interests of justice, a district court may transfer any civil action to any other district or division where it could have been brought.

The actions allegedly taken by the defendant took place at the Michael Unit, which is located in Anderson County, Texas.  Pursuant to 28 U.S.C. § 124(c)(1), Anderson County is in the Tyler Division of the United States District Court for the Eastern District of Texas rather than in the Beaumont Division.  Plaintiff's claim therefore arose in the Tyler Division.  In addition, the defendant does not appear to reside in the Beaumont Division.

The court has considered the circumstances and determined that the interest of justice would be served if this matter were transferred to the division of the court in which plaintiff's claims arose. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Tyler Division of the United States District Court for the Eastern District of Texas.

SIGNED this 10th day of May, 2026.

_____
Zack Hawthorn
United States Magistrate Judge